## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 15-077C |
| | * | |
| THE UNITED STATES OF AMERICA, | * | Judge Margaret M. Sweeney |
| | * | |
| Defendant, | * | |
| | * | |
| and | * | |
| | * | |
| LOCKHEED MARTIN CORPORATION, | * | |
| and NORTHROP GRUMMAN SYSTEMS | * | |
| CORPORATION, | * | |
| Defendant-Intervenors. | * | |
| | * | |

## JOINT STATUS REPORT

This Report is to apprise the Court of the status of discussions between the parties regarding the schedule for the April 29, 2015 oral argument set forth by the Court in its Order of April 23, 2015, and varying requests that the Court consider certain revisions to that schedule. Raytheon Company ("Raytheon") has consulted with Defendant counsel for the United States, and counsel for Defendant/Intervenors Lockheed Martin and Northrop Grumman. The parties are not unanimous regarding the proposed changes, however, and the different positions are set forth below.

### **Northrop Grumman's Motion For Leave To Supplement The Administrative Record And The Court's Record**

Regarding Northrop Grumman's Motion for Leave to Supplement the Administrative Record and the Court's Record ("MTSR"), all parties agree to rest on their briefs and waive oral

argument, and suggest that the Court reallocate the 20 minutes scheduled for argument on that motion to the time for argument on the Motions for Judgment on the Administrative Record ("MJAR").

Raytheon proposes that this time be allocated equally between the opposing sides, with 10 minutes given to Raytheon, and 10 minutes given to the Defendant and Defendant/Intervenors to be assigned among them as they see fit.

The United States, Lockheed Martin, and Northrop Grumman agree that the time should be divided evenly among the parties, with 5 additional minutes going to each party's response.

### Motion To Strike And Motions For Judgment On The Administrative Record

With regard to Raytheon's Motion to Strike ("MTS") and the various Motions for Judgment on the Administrative Record ("MJARs"), the parties have not reached agreement on any alteration to the schedule set forth in the Court's Order.

### Raytheon's Request For A Larger Allocation Of Time For Its Oral Argument

Raytheon believes that the time in the current schedule is not reasonably allocated. Where, as in this matter, there are three parties opposing the protest and only one supporting it, distribution of equal time to each party (as in the current argument schedule) results in a lopsided distribution of time for arguments for and against the requested relief.

In the Court's current schedule, for the MTS the parties opposing the motion have been allocated 50% more time than the moving party (30 minutes vs. 20 minutes.). For the MJARs, the three parties defending the Agency's corrective action are allocated twice as much time as the Protester (80 minutes vs. 40 minutes). The unequal nature of this schedule is illustrated by the fact that under the current schedule, Raytheon is afforded only 10 minutes for rebuttal following 60 minutes of argument by the Government and Intervenors.

Raytheon proposes as an alternative that, with regard to arguments on both the MTS and the MJARs, an equal amount of time be allocated to those on each side (with multiple parties on a side allocating the time amongst themselves). In order not to cut back on the time available to the Government and Intervenors under the current order, Raytheon also requests that more time be permitted for oral argument on the MJARs, which the Court offered in footnote 1 of its April 23, 2015 Order.

Raytheon proposes that the Court (i) split the time allotted for the MTS evenly between parties in favor of and opposed to the motion, and (ii) allocate 3 hours total for the MJAR arguments (including the 20 minutes currently allocated for the Northrop Grumman MTSR discussed above). The time for the MJAR arguments should be divided evenly between Raytheon's challenge to the Agency action and the Government and Intervenors' motions defending the Agency.

**Defendant's And Intervenors' Joint Response To Raytheon's Request**

Northrop Grumman, Lockheed Martin, and the United States have conferred on this matter to streamline our response. In short, defendant and the intervenors find the Court's allocation of time in the current schedule fair and equitable, subject to the reallocation discussed above regarding time currently set for argument on Northrop Grumman's MTSR.

The United States and intervenors note that Raytheon is challenging the actions of the United States, and should be more than capable of describing how the agency's corrective action is arbitrary and capricious within the time allotted. Indeed, the United States, while disagreeing with Raytheon's ultimate conclusion, notes that its contentions align in part with both the plaintiff and the defendant-intervenors—but that the interests of the parties defending corrective action are not identical. The Court has carefully set forth a schedule which permits Raytheon a

full one-third of the argument and gives the plaintiff the opportunity to rebut its opponents' positions. Simply, the Court's current schedule allows the parties to focus their argument upon their essential points, and is well suited to dispose of the issues presented. To the extent that the Raytheon may require additional time during its response, based upon specific, articulated concerns (rather than an appeal to proportionality that eliminates the distinctions between the parties), we agree with the Court that some leeway may be required.

The parties request that the Court consider the foregoing and, if it determines that revision of the schedule is appropriate, issue a revised order establishing the final schedule for argument on April 29, 2015.

Dated: April 28, 2015

*Of counsel:*

Paul E. Pompeo
Kara L. Daniels
Stuart W. Turner
Lauren J. Schlanger
Dana E. Peterson
Arnold & Porter LLP

Respectfully Submitted By:

/s
Mark D. Colley
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202-942-5720

*Attorney of Record for Plaintiff
Raytheon Company*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

OF COUNSEL:
LT COL MARK E. ALLEN
CAPTAIN ADAM N. OLSEN
Commercial Law

s/ Steven M. Mager
STEVEN M. MAGER
Senior Trial Counsel
Commercial Litigation Branch

| | |
|---|---|
|   & Litigation Directorate<br>Air Force Legal Operations Agency<br>Department of the Air Force | Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-2377<br>Fax: (202) 305-7643<br>Steven.Mager@usdoj.gov<br><br>*Attorneys for Defendant*<br><br><br>/s/ Marcia G. Madsen<br>Marcia G. Madsen<br>David F. Dowd<br>Luke Levasseur<br>Mayer Brown LLP<br>1999 K Street, NW<br>Washington, D.C. 20006<br>Tel. (202) 263-3000<br>Fax (202) 263-3300<br>Protected Fax (202) 263-3752<br><br>*Counsel for Lockheed Martin Corporation*<br><br>/s/ Deneen J. Melander<br>Deneen J. Melander<br>Richard A. Sauber<br>Jennifer S. Windom<br>Michael E. Kenneally<br>Peter B. Siegal<br>ROBBINS, RUSSELL, ENGLERT,<br>ORSECK, UNTEREINER & SAUBER LLP<br>1801 K Street, N.W., Suite 411<br>Washington, D.C. 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>dmelander@robbinsrussell.com<br><br>*Counsel for Northrop Grumman Systems Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I caused a true and correct copy of the foregoing Joint Status Report to be sent by electronic delivery to:

Steven M. Mager
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 616-2377
E-mail:  Steven.Mager@usdoj.gov

*Counsel for the United States of America*

Marcia G. Madsen
Mayer Brown, LLP
1999 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 263-3274
Email:  mgmadesen@mayerbrown.com

*Counsel for Intervenor-Defendant*
*Lockheed Martin Corporation*

Deneen J. Melander
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411
Washington, D.C. 20006
Tel:  (202) 775-4500
Email:  dmelander@robbinsrussell.com

*Counsel for Intervenor-Defendant*
*Northrop Grumman Systems Corporation*

/s Mark D. Colley
**MARK D. COLLEY**